## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EARL LEWIS, | § | |
| | § | No. 311, 2015 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | Court Below - Family Court |
| v. | § | of the State of Delaware |
| | § | |
| KERRY LEWIS, | § | File No. CS13-02937 |
| | § | Petition No. 13-33355 |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: January 27, 2016
Decided: February 1, 2016

Before **HOLLAND**, **VALIHURA** and **VAUGHN**, Justices.

### O R D E R

This 1st day of February 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its orders dated March 30, 2015 and June 5, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice